1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                * * *

9

10   GLEN LERNER & ASSOCIATES; ESTATE
     OF CHARLES A. BIVONA on behalf of
11   Decedent CHARLES A. BIVONA,          Case No. 2:10-cv-416-MMD-VCF

12                        Plaintiffs,
                                                      ORDER
13          v.

14   FRANCIS BIVONA, et al.

15                        Defendants.

16

17          This is an interpleader case.  The Court entered an order granting the stipulation

18   for distribution of interplead funds on August 2, 2011.  (Dkt. no. 36.)  Plaintiff filed a

19   Notice of Distribution of Interplead Funds on June 12, 2012. (Dkt. no. 39.)  It is therefore

20   ordered that this action be closed.

21

22          DATED THIS 21st day of June 2012.

23

24          _____

25          UNITED STATES DISTRICT JUDGE

26

27

28