UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GLEN LERNER & ASSOCIATES; ESTATE
OF CHARLES A. BIVONA on behalf of
Decedent CHARLES A. BIVONA,

Case No. 2:10-cv-416-MMD-VCF

                            Plaintiffs,

ORDER

          v.

FRANCIS BIVONA, et al.

                            Defendants.

　　　This is an interpleader case.  The Court entered an order granting the stipulation

for distribution of interplead funds on August 2, 2011.  (Dkt. no. 36.)  Plaintiff filed a

Notice of Distribution of Interplead Funds on June 12, 2012. (Dkt. no. 39.)  It is therefore

ordered that this action be closed.


　　　DATED THIS 21st day of June 2012.

_____
UNITED STATES DISTRICT JUDGE